# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE,

          v.

UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5852BHS
(C10-5628BHS)
(CR95-5415BHS)

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

this case is **TRANSFERRED** to the United States Court of Appeals for the Ninth Circuit as a second or successive petition, and the Clerk of Court shall enter a statistical termination of this case.

| | |
|---|---|
| December 20, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/ Mary Trent* |
| | Deputy Clerk |